**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**CRIMINAL MINUTES-ARRAIGNMENT AND PLEA**

**Case No. 6:26-CR-92-REW-HAI-4 At: London Date: July 10, 2026**

**U.S.A. vs Rodney Couch X present X custody __OR AGE__**

---

**DOCKET ENTRY: Defendant arraigned on Indictment and advised of all constitutional rights. The United States made an oral motion for detention of the defendant, and the defendant requested a general continuance of the detention hearing pending completion of the bond report. The United States' oral motion for detention is GRANTED, without prejudice of the Defendant's right to have a full denovo hearing. Defendant's oral motion for a general continuance is GRANTED. Upon the filing of a motion by Defendant, the Court will promptly schedule a detention hearing.**

**Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.**

---

**PRESENT: HON. HANLY A. INGRAM, U.S. MAGISTRATE JUDGE**

| Amanda Ramsey | Audio File Number | Brittney Crisp | Kelly Ridings for Andrew Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | U.S. Probation | Assistant U.S. Attorney |

I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: KYED-LON_6-26-CR-92-REW-HAI-2,3,4_20260710_143937.

**Counsel for Deft Kathryn Walton X present __retained X appointed**

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

**X** **Copy of Indictment/Information given to the defendant.**

**X** **Defendant states true name is as it appears on the indictment.**

**X** **Ordered Kathryn Walton is appointed Attorney under the Criminal Justice Act. The Court has reviewed Defendant's affidavit which establishes CJA eligibility.**

**X** **Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10, F.R.Cr.P. Court stated substance of charges and advised Defendant of possible penalties.**

**X** **Defendant waives reading of Indictment-Information __Indictment-Information read.**

**X** **Defendant pleads__Guilty to Counts______ X Not guilty to all counts.**

**X** **Assigned for jury trial before Judge Robert E. Wier on September 15, 2026, at 8:30 a.m., at the United States District Court in London, Kentucky. Attorneys to be present at 8:00 a.m. The anticipated length of trial is 3 days.**

__ **This matter will be assigned for an evidentiary hearing before Magistrate Judge Hanly A. Ingram if any motions are filed which require a hearing.**

**X** **The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771.**

**X** **Defendant remanded to the custody of the U.S. Marshal pending further orders of this Court.**

__ **Defendant released pursuant to the terms and conditions set forth in the Order Setting Conditions of Release.**

**X** **US Probation Office directed to prepare and circulate the Pretrial Services Report to counsel via email. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as required by 18 U.S.C. § 3153(c)(1). Counsel shall either return the pretrial services report prepared by the United States Probation Office to the USPO, or shall permanently delete/destroy all copies thereof (such as electronic copies in an inbox or sent mail folder).**

**Copies: COR, USP, USM, LON Diary, LON Jury Clerk**

**Initials of Deputy Clerk: apr**

TIC: 7 mins.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge