UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CR NO. 6:26-CR-92-REW-HAI**

UNITED STATES OF AMERICA PLAINTIFF

**v.** **DISCOVERY REQUEST – 404(b)**

RODNEY COUCH DEFENDANT

* * * * *

The Defendant**,** Rodney Couch**,** by counsel and pursuant to the Federal Rules of Evidence, Rule 404(b), hereby requests the Attorney for the United States provide notice and production of all evidence of other crimes, wrongs, or acts the United States intends to introduce at trial; and state in the notice the permitted purpose upon which the Attorney for the United States relies and the reasoning in support of such purpose.

WHEREFORE, the Defendant, Rodney Couch, respectfully requests the Attorney for the United States provide the above-referenced information and/or documents, and for any and all other discovery materials to which this Defendant may appear properly entitled.

Respectfully submitted,

KATHRYN A. WALTON, PLLC
P.O. Box 25073
Lexington, KY 40524
(859) 619 0969
Kathy@kwaltonlawyer.com

BY: s/ *Kathryn A. Walton*
KATHRYN A. WALTON
ATTORNEY FOR DEFENDANT
RODNEY COUCH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July 2026, a true and correct copy of the foregoing was served electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties in this matter.

s/ *Kathryn A. Walton*

ATTORNEY FOR DEFENDANT